**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JOHN STILWELL,

    Plaintiff,

v.                                              Case No: 5:23-cv-68-JSM-PRL

VALENCHI CONSTRUCTION LLC,

    Defendant.

**ORDER**

This matter is before the Court on the motions of Plaintiff, John Stilwell, for issuance of a writ of garnishment as to JPMorgan Chase Bank, N.A ("Garnishee"). (Doc. 30).

On August 7, 2023, and September 5, 2023, Plaintiff obtained judgments in this Court against Defendant Valenchi Construction LLC in the amount of $16,789.50. (Docs. 25, 26, 28, & 29). There remains due and owing $16,789.50, plus post-judgment interest. Now, Plaintiff moves for the writs of garnishment and suggests that Garnishee may have in its possession and control certain monies or property belonging to Defendant Valenchi Construction LLC sufficient to satisfy the judgment in whole or in part. Pursuant to Fed. R. Civ. P. 69, the Court must follow state law regarding garnishment procedures. *See* Fed. R. Civ. P. 69. Chapter 77 of the Florida Statutes prescribes the procedure for issuance and enforcement of writs of garnishment.

Accordingly, upon due consideration, Plaintiff's motion for issuance of a writ of garnishment (Doc. 30) is **GRANTED**, and the Clerk is directed to issue the Writ of Garnishment (including the Notice and Claim of Exemption) attached to the motion. (Docs.

- 2 -

30-1 & 30-2). Plaintiff must fully comply with all notice requirements of §77.041, Florida Statutes.

      **DONE** and **ORDERED** in Ocala, Florida on September 8, 2023.

```
                              _____
                              PHILIP R. LAMMENS
                              United States Magistrate Judge
```

Copies furnished to:

Counsel of Record
Unrepresented Parties