# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JOHN STILWELL,

    Plaintiff,

v.                                                                 Case No: 5:23-cv-68-JSM-PRL

VALENCHI CONSTRUCTION LLC,

    Defendant,

and

JPMORGAN CHASE BANK, N.A.,

    Garnishee.

_____

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 37). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 37) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Final Judgment of Garnishment (Dkt. 36) is granted.

3. The Clerk is directed to enter a Final Judgment on Garnishment in the amount of $3,563.73 against Defendant Valenchi Construction LLC.

4. Garnishee JPMorgan Chase Bank, N.A. is directed to pay to Plaintiff's attorney, Robert S. Norell, Esq. of Robert S. Norell, P.A., all amounts withheld.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of January, 2024.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record